[Nos. 32298-0-III; 32343-9-III.   Division Three.   October 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KASEY JOSEPH
FENTON, *Appellant*.

*In the Matter of the Personal Restraint of* KASEY JOSEPH
FENTON, *Petitioner*.

Appeals from a judgment of the Superior Court for
Cowlitz County, No. 11-1-00516-7, Marilyn K. Haan, J.,
entered November 5, 2012, together with a petition for
relief from personal restraint. Judgment *affirmed* and peti-
tion *denied* by unpublished opinion per Fearing, J., con-
curred in by Siddoway, C.J., and Lawrence-Berrey, J.

[No. 70411-7-I.   Division One.   October 20, 2014.]

MARIANA GLIGOR, *Respondent*, v. THE DEPARTMENT OF SOCIAL
AND HEALTH SERVICES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 11-2-40574-5, Jim Rogers, J., entered April 18,
2013. *Affirmed in part, reversed in part*, and *remanded with
instructions* by unpublished opinion per Trickey, J., con-
curred in by Spearman, C.J., and Verellen, J.

[No. 70496-6-I.   Division One.   October 20, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFERY DEON
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-02626-9, Carol A. Schapira, J., entered
May 31, 2013. *Affirmed* by unpublished opinion per Lau, J.,
concurred in by Spearman, C.J., and Appelwick, J.